THOMAS A. JOHNSON, SBN #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant, Steven Zinnel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:11-cr-00234-MCE |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| vs. | ) CONTINUE STATUS CONFERENCE ) AND MOTION HEARING AND ) REQUEST TO RESET BRIEFING |
| STEVEN ZINNEL, and DERIAN EIDSON, | ) SCHEDULE ) ) Date: March 15, 2012 |
| Defendants. | ) Time: 9:00 a.m. ) Judge: Hon. Morrison C. England, Jr. ) |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference and Motion Hearing scheduled for December 8, 2011 at 9:00 a.m. is continued to March 15, 2012, at 9:00 a.m. in the same courtroom.

The parties have also agreed to the following briefing schedule: Defendants' motion is to be filed by January 19, 2012, oppositions by February 16, 2012, and a reply, if any, by February 23, 2012.

Matthew D. Segal, Assistant United States Attorney, Malcolm S. Segal, Attorney for Defendant, Derian Eidson, and Thomas A. Johnson, Attorney for Defendant, Steven Zinnel, are requesting such continuance in order to continue the review of discovery and for preparation of counsel. The discovery in this case includes statements and items from multiple bank accounts.

U.S. v. Zinnel, et al., Stipulation and Order to Continue Status Conference

- 1 -

All parties stipulate and agree that the ends of justice are served by this continuance outweigh the best interest of the public and Defendants in a speedy trial.

For the same reasons, the parties stipulate that the entire period from the Court's earlier October 13, 2011, status conference in this matter to March 15, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel). The ends of justice served by the continuance between October 13, 2011, and March 15, 2012, outweigh the best interest in the public and the Defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED: December 2, 2011     By:    /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
STEVEN ZINNEL

DATED: December 2, 2011     By:    /s/ Thomas A. Johnson for
MALCOLM S. SEGAL
Attorney for Defendant
DERIAN EIDSON

DATED: December 2, 2011       BENJAMIN WAGNER
United States Attorney

                                          By:    /s/ Thomas A. Johnson for
MATTHEW D. SEGAL
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: December 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE