THOMAS A. JOHNSON, SBN #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant, Steven Zinnel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:11-cr-00234-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| vs. | ) AND MOTION HEARING AND |
| | ) REQUEST TO RESET BRIEFING |
| STEVEN ZINNEL, and | ) SCHEDULE |
| DERIAN EIDSON, | ) |
| | ) Date: March 29, 2012 |
| Defendants. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference and Motion Hearing scheduled for March 15, 2012 at 9:00 a.m. is continued to March 29, 2012 at 9:00 a.m. in the same courtroom.

The parties have also agreed to the following briefing schedule: Defendants' motion is to be filed by February 10, 2012, oppositions by March 1, 2012, and a reply, if any, by March 15, 2012.

Audrey Hemesath, Assistant United States Attorney, Malcolm S. Segal, Attorney for Defendant, Derian Eidson, and Thomas A. Johnson, Attorney for Defendant, Steven Zinnel, are requesting such continuance in order to continue the review of discovery and for preparation of counsel. The discovery in this case includes statements and items from multiple bank accounts.

All parties stipulate and agree that the ends of justice are served by this continuance outweigh the best interest of the public and Defendants in a speedy trial.

For the same reasons, the parties stipulate that the entire period from the Court's earlier October 13, 2011 status conference in this matter to March 29, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel). The ends of justice served by the continuance between October 13, 2011 and March 29, 2012 outweigh the best interest in the public and the Defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED: January 20, 2012      By:      /s/ Thomas A. Johnson
                                      THOMAS A. JOHNSON
                                      Attorney for Defendant
                                      STEVEN ZINNEL

DATED: January 20, 2012      By:      /s/ Thomas A. Johnson for
                                      MALCOM SEGAL
                                      Attorney for Defendant
                                      DERIAN EIDSON

DATED: January 20, 2012               BENJAMIN WAGNER
                                      United States Attorney

                             By:      /s/ Thomas A. Johnson for
                                      AUDREY HEMESATH
                                      Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: January 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

U.S. v. Zinnel, et al., Stipulation and Order to Continue Status Conference