# Exhibit 7

**Done Deal, Inc.**
20585 Easthill Dr.
Yorba Linda, CA 92887

Bill To:
**System 3, Inc.**
6830 Fair Oaks Blvd.
Carmichael, CA 95608

Re: Raging Wire Substation

## INVOICE #
## 112406

| CONTRACT # | DATE | JOB # |
|---|---|---|
| 10125 | 11/24/06 | 1366 |

## CONTRACT SUMMARY

| | | |
|---|---|---|
| **Bank 3 Substation Equipment** | $ | 46,508.00 |
| Revised Contract Amount | $ | 46,508.00 |
| **Billing This Period Application #1** | | |
| Work Complete to Date 100% | $ | 46,508.00 |
| Less Previously Invoiced Amount | | |
| Gross Due This Period | $ | 46,508.00 |
| **TOTAL AMOUNT DUE THIS PERIOD** | $ | 46,508.00 |

TERMS: Net 10 days. Past due amounts are subject to a late payment service charge of 1-1/2% per month (18% per annum) or the maximum rate allowed by law, whichever is less.

SZ-004736