# Exhibit 9

**Done Deal, Inc.**
20585 Easthill Dr.
Yorba Linda, CA 92887

Bill To:
**System 3, Inc.**
5921 Landis Ave., Ste 5
Carmichael, CA 95608

Re: Management consulting

INVOICE #
61208

| CONTRACT # | DATE | JOB # |
|---|---|---|
| | 06/12/08 | |

## CONTRACT SUMMARY

**Management consulting** $ 162,171.00

---

**Billing This Period**

    Management consulting $ 162,171.00
    Less Previously Invoiced Amount
    Gross Due This Period $ 162,171.00

**TOTAL AMOUNT DUE THIS PERIOD** $ 162,171.00

TERMS: Net 10 days. Past due amounts are subject to a late payment service charge of 1-1/2% per month (18% per annum) or the maximum rate allowed by law, whichever is less.

SZ-004773