| | |
|---|---|
| MALCOLM S. SEGAL - 075481<br>JAMES P. MAYO - 169897<br>**SEGAL & KIRBY LLP**<br>400 Capitol Mall, Suite 1600<br>Sacramento, CA 95814<br>Telephone: (916) 441-0828<br><br>Attorneys for Defendant<br>DERIAN EIDSON | |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN ZINNEL, and,<br>DERIAN EIDSON<br><br>　　　　　　　Defendants<br>_____/ | CASE NO: 2:11-CR-0234 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND MOTION HEARING AND MODIFYING THE BRIEFING SCHEDULE**<br>_____<br><br>Date:　　April 26, 2012<br>Time:　　9:00 a.m.<br>Judge:　Hon. Morrison C. England, Jr. |

　　　Defendant, DERIAN EIDSON, through her counsel of record, Segal & Kirby LLP, defendant STEVEN ZINNEL, through his counsel of record, Thomas A. Johnson, and plaintiff United States of America, through its counsel, Assistant United States Attorneys Matthew D. Segal and Audrey Hemesath, agree and stipulate that the Status Conference and Motion Hearing scheduled for April 26, 2012, at 9:00 a.m. is continued to May 24, 2012, at 9:00 a.m. in the same courtroom.

　　　The parties have also agreed that the briefing schedule should be modified as follows: defendants' replies to the government's oppositions to the motions shall be filed by May 17, 2012, instead of the previous deadline of April 19, 2012.

1
Stipulation and Order Continuing Status Conference and Motion Hearing

Defendants are requesting the continuance and the modification of the briefing schedule in order to allow defendants to adequately respond to the government's oppositions and to continue the review of discovery and for preparation of counsel, and also, to accommodate the trial schedule of Mr. Johnson, who is currently in trial in another case in this district.

The parties agree a continuance is necessary for these purposes, and accordingly, both parties further agree and stipulate that the Court should order that time should be excluded from the date of the parties' stipulation, April 20, 2012, through May 24, 2012, from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A) and (h)(7)(B)(ii) and (iv), and Local Codes T4 (ongoing preparation of defense counsel and prosecution counsel): (1) because it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161; and (2) due to the need to provide defense counsel and the prosecution counsel the reasonable time to prepare, taking into account the exercise of due diligence. All parties agree and stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and defendant in a speedy trial.

**IT IS SO STIPULATED.**

Dated: April 23, 2012            Respectfully submitted,

                                                   **SEGAL & KIRBY LLP**

                                         By: /s/ Malcolm Segal
                                                   MALCOLM SEGAL
                                                   Attorneys for Defendant
                                                   DERIAN EIDSON

Dated: April 23, 2012

                                         By: /s/ Thomas A. Johnson
                                                   THOMAS A. JOHNSON
                                                   Attorneys for STEVEN ZINNEL

| | | | |
|---|---|---|---|
| 1 | Dated: April 23, 2012 | By: | /s/ Matthew D. Segal |
| 2 | | | MATTHEW D. SEGAL<br>AUDREY HEMESATH<br>Assistant United States Attorneys |
| 3 | | | (By permission) |

### ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, IT IS ORDERED that: (1) the Status Conference and Motion Hearing scheduled for April 26, 2012, at 9:00 a.m. is continued to May 24, 2012, at 9:00 a.m.; and, (2) the defendants' replies to the government's oppositions to the motions shall be filed by May 17, 2012.

Dated: April 26, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE