```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      No. 2:11-cr-00234-MCE
12            Plaintiff,
13       v.                        RELATED CASE ORDER
14  STEVEN ZINNEL and DERIAN
    EIDSON,
15
              Defendants.
16  _____/
17  In Re:                         No. 2:12-cv-00249-GEB
18  STEVEN KEITH ZINNEL,           Bankruptcy No. 05-28800-C-7
19            Debtor.
    _____/
20
    STEVEN KEITH ZINNEL,
21
              Appellant,
22
         v.
23
    SUSAN K. SMITH, U.S. Trustee,
24
              Appellee.
25  _____/
26
27  ///
28  ///
```

1      Examination of the above-entitled actions reveal that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve many of the same parties, and are based on the same or similar claims, and/or events, involve similar questions of fact, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

     The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

     IT IS THEREFORE ORDERED that the action denominated 2:12-cv-00249, <u>In Re Steven Keith Zinnel</u> is reassigned to Judge Morrison C. England, Jr. for all further proceedings, and any dates currently set in this reassigned case only is hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:12-cv-00249-MCE.

///
///
///
///
///
///
///

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: August 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE