BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
AUDREY B. HEMESATH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ZINNEL and<br>DERIAN EIDSON,<br><br>Defendants | Case No. 2:11-CR-00234 MCE<br><br>PROTECTIVE ORDER |

The government's Motion for Protective Order (ECF No. 123) came on regularly for hearing on September 13, 2012. That motion requested that any third party tax return information pertaining to third parties System 3, Inc. and Tom Wilbert be produced on a restricted basis. Assistant United States Attorney Matthew D. Segal appeared on behalf of the government; Defendant Steven Zinnel was represented by attorney Thomas Johnson. Defendant Derian Eidson neither opposed the motion or made an appearance at the hearing. After reviewing the papers submitted by the government and Defendant Zinnel's opposition thereto, and entertaining oral argument, the Court GRANTED the government's motion and issues a protective order as follows:

1. The United States shall turn over third-party tax returns and return information subject to this protective order.

2. The tax returns and return information of third parties System 3, Inc. and Tom Wilbert (the "Protected Material") contain sensitive information only disclosed for discovery in this criminal case.

3. The Protected Material is now and will forever remain the property of the United States. The Protected Material is entrusted to counsel for each defendant only for purposes of representation in this case.

4. Counsel for each defendant shall not give Protected Material or any copy of Protected Material to any person other than counsel's staff, investigator, or retained expert(s). The terms "staff," "investigator," and "expert" shall not be construed to describe any defendant or other person not either regularly employed by counsel or a licensed investigator or expert hired in this case.

5. Any person receiving Protected Material or a copy of Protected Material from counsel for any defendant shall be bound by the same obligations as counsel and further may not give the Protected Material to anyone (except that the Protected Material shall be returned to counsel).

6. Counsel shall maintain a list of persons to whom any Protected Material, or copies thereof, have been given. Such persons shall be shown a copy of this Order and shall sign a copy of the Order and note that they understand its terms and agree to them.

7. The defendants in this case may review the Protected Material and be aware of its contents, but shall not be given control of the Protected Material or any copies thereof.

8. The foregoing notwithstanding, after the Trial Confirmation Hearing in this case, counsel, staff, and investigator for any defendant who has confirmed for trial may make copies of the Protected Material for trial preparation and presentation. Any copies must, however, remain in the possession of counsel, staff, investigator, expert or the Court.

IT IS SO ORDERED.

Dated: September 19, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE