Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
DERIAN EIDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00234-MCE |
| Plaintiff, | |
| v. | **CALENDAR REQUEST AND ORDER THEREON** |
| STEVEN K. ZINNEL AND DERIAN EIDSON, | |
| Defendants. | |

The parties hereby request that the above captioned matter be added to the court's

calendar on November 29, 2012 at 9:00am. The purpose of this request is to discuss the currently

set trial and trial status conference dates.

Dated: October 30,2012.        BARTH TOZER & DALY LLP


By____/s/ Kresta Nora Daly_____
        KRESTA NORA DALY
Attorneys for Derian Eidson


Dated: October 30, 2012


By____/s/ Kresta Nora Daly_____
        THOMAS A. JOHNSON
Attorney for Steven K. Zinnel

{00007324}

Calendaring Request                                                    [Case No. 2:11-CR-00234-MCE]

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

Dated: October 30, 2012

By    /s/ Kresta Nora Daly
          MATTHEW SEGAL
      Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 31, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

{00007324}

Calendaring Request

[Case No. 2:11-CR-00234-MCE]