Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant DERIAN EIDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00234 |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| STEVEN ZINNEL and DERIAN EIDSON, | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Matthew Segal, Assistant United States Attorney and Audrey Hemesath, Assistant United States Attorney, defendant Steven K. Zinnel, through his counsel, Thomas Johnson, and defendant Derian Eidson, through her counsel, Kresta Nora Daly, that the hearing set for April 4, 2013 be removed from calendar.

///
///
///
///
///
///
///

All other previously calendared dates should remain unchanged.

Dated: March 29, 2013.  BARTH TOZER & DALY LLP

By  /s/ Kresta Nora Daly
　　KRESTA NORA DALY
　　Attorneys for Derian Eidson

Dated: March 29, 2013.  By  /s/ Kresta Nora Daly
　　THOMAS A. JOHNSON
　　Attorney for Steven K. Zinnel

Dated: March 29, 2013.  By  /s/ Kresta Nora Daly
　　MATTHEW SEGAL
　　Assistant United States Attorney

Dated: March 29, 2013.  By  /s/ Kresta Nora Daly
　　AUDREY HEMESATH
　　Assistant United States Attorney

# O R D E R

IT IS SO ORDERED.

DATED: April 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE