BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
AUDREY B. HEMESATH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:11-CR-234 TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY PRE-TRIAL BRIEFING SCHEDULE** |
| v. | |
| STEVEN ZINNEL and DERIAN EIDSON, | Trial Date: July 1, 2013<br>Time: 9:00 am<br>Hon. Troy L. Nunley |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES that the briefing schedule as set forth in the Court's minutes of the May 9, 2013 status conference be modified as follows:

May 30, 2013: final date for defense production of Federal Rule of Criminal Procedure 16(b) discovery, absent a showing of good cause;

June 3, 2013: final date for expert disclosures, both plaintiff and defendants;

June 7, 2013: filing date for motions in limine, trial briefs, proposed jury instructions, and proposed voir dire;

June 14, 2013: filing date for oppositions to motions in limine;

1

June 21, 2013, 9:00 a.m.: hearing date on motions in limine;

DATED: May 16, 2013

By: /s/ Thomas Johnson
THOMAS A. JOHNSON
Attorney for Defendant
STEVEN ZINNEL

By: /s/ Kresta Daly
KRESTA N. DALY
Attorney for Defendant
DERIAN EIDSON

BENJAMIN WAGNER
United States Attorney
By: /s/ Audrey B. Hemesath
AUDREY HEMESATH
Assistant United States Attorney

IT IS SO ORDERED.

DATED: May 17, 2013

Troy L. Nunley
United States District Judge