BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
AUDREY B. HEMESATH
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-00234 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE FORFEITURE BRIEFING SCHEDULE AS TO DEFENDANT ZINNEL |
| v. | |
| STEVEN ZINNEL and DERIAN EIDSON, | |
| Defendants. | |

The United States of America, by and through Assistant U.S. Attorney Kevin C. Khasigian, and Thomas A. Johnson, Attorney for Defendant, Steven Zinnel, hereby agree and stipulate to continue the forfeiture briefing schedule as follows:

- Defense opposition by August 31, 2013 at 5:00 p.m.
- United States' reply by September 4, 2013 at 1:00 p.m.

The continuance will provide additional time for Defendant Zinnel to file an opposition, and the United States to respond to the arguments made in the opposition. The continuance is also requested to allow counsel to determine if any further witness testimony is necessary to litigate the nexus determination, which is unclear at this point because defendant Zinnel has yet to file an opposition to the

Stipulation and Order to Continue Forfeiture Briefing Schedule     1

United States' application for a preliminary order of forfeiture, filed on August 15, 2013.

Dated: August 29, 2013

BENJAMIN B. WAGNER
United States Attorney

 /s/ Kevin C. Khasigian
MATTHEW D. SEGAL
AUDREY B. HEMESATH
KEVIN C. KHASIGIAN
Assistant United States Attorneys

Dated: August 29, 2013

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant Steven Zinnel

(Authorized by phone)

**ORDER**

IT IS SO ORDERED.

Dated: August 30, 2013

Troy L. Nunley
United States District Judge