Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
Angie H. Palmerin, SBN 278273
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: 916.440.8600
Facsimile: 916.440.9610
Email: kdaly@btdlegal.com

Attorneys for Defendant DERIAN EIDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00234-TLN |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| STEVEN ZINNEL and DERIAN EIDSON, | |
| Defendants. | |

Defendant Derian Eidson, by and through her counsel of record, and the United States of America, by and through its counsel of record, hereby stipulates as follows:

On July 16, 2013 after a partial verdict in this case, the Court ordered Ms. Eidson not have any access to the Internet as a condition of her release. The Court also ordered Ms. Eidson be prohibited from engaging in any financial transaction of more than $500 without prior government approval. The government's purpose in seeking the Internet restriction was to effectuate the financial restriction.

///

///

///

The financial transaction restriction was removed by previous stipulation and order. The parties are now in agreement that it is appropriate to remove the prohibition denying Ms. Eidson the ability to access the Internet.

Ms. Eidson has been offered employment in the capacity of a paralegal at her prior law firm. In order for her to work as a paralegal between now and the time of sentencing she requires Internet access.

All other conditions of Ms. Eidson's release are to remain unchanged.

Dated: October 2, 2013.  BARTH TOZER & DALY LLP

By /s/ Kresta Nora Daly
KRESTA NORA DALY

Dated: October 2, 2013.

By /s/ Kresta Nora Daly
MATTHEW D. SEGAL

## ORDER

For good cause appearing, Ms. Eidson's release condition prohibiting her from having access to the internet is hereby removed.

Dated: October 7, 2013

Troy L. Nunley
United States District Judge