THOMAS A. JOHNSON, SBN #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Steven Zinnel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00234-TLN |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF THE JUDGMENT AND SENTENCING |
| vs. | |
| STEVEN ZINNEL, and DERIAN EIDSON, | Date: November 21, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for November 7, 2013, at 9:30 a.m. is continued to November 21, 2013, at 9:30 a.m. in the same courtroom. Matthew Segal, Assistant United States Attorney, Kresta Daly, Attorney for Derian Eidson, and Thomas A. Johnson, Attorney for Steven Zinnel, are requesting this continuance in order to allow all parties to adequate time to prepare for the Judgment and Sentencing.

**IT IS SO STIPULATED.**

DATED: October 10, 2013          By:      /s/ Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Steven Zinnel

U.S. v. Zinnel, et al., Stipulation and Order

- 1 -

| | | | |
|---|---|---|---|
| DATED: October 10, 2013 | By: | /s/ Thomas A. Johnson for<br>KRESTA DALY<br>Attorney for Derian Eidson | |

DATED: October 10, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Thomas A. Johnson for
MATTHEW SEGAL
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: October 10, 2013

_____
Troy L. Nunley
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN ZINNEL, and
DERIAN EIDSON,

    Defendants.

Case No.: 2:11-cr-00234-TLN

MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing date: | November 21, 2013 |
| Reply or Statement | November 14, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | November 7, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | October 31, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | October 24, 2013 |

U.S. v. Zinnel, et al., Stipulation and Order

- 3 -