BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
MATTHEW D. SEGAL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiffs
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN ZINNEL AND DERIAN EIDSON,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:11-CR-234 TLN<br><br>REQUEST TO UNSEAL GOVERNMENT'S MOTION FOR ARREST WARRANT; **ORDER** |

　　　　Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney Audrey B. Hemesath and Matthew D. Segal, requested sealing of the government's Motion for an Arrest Warrant for Derian Eidson, the supporting attachments, and the sealing request itself. (ECF No. 262). Derian Eidson was arrested pursuant to the Warrant for Arrest on October 29, 2013, and the government's search warrants were exexcuted. Accordingly, the government now requests that the sealing order be lifted.

Dated: October 29, 2013　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　By: /s/ AUDREY B. HEMESATH
　　　　　　　　　　　　　　　　　　　　　　AUDREY B. HEMESATH
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

ORDER

The government's request to unseal is granted, and the Warrant for Arrest and supporting documents (ECF No. 262) is ordered unsealed.

Dated: October 29, 2013

*[signature]*

Troy L. Nunley
United States District Judge