BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
AUDREY B. HEMESATH
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-234 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Old Date: December 12, 2013, at 9:30 a.m. |
| STEVEN ZINNEL and DERIAN EIDSON, | New Date: December 19, 2013 at 9:30 a.m. |
| Defendants. | |

The United States of America, by and through Assistant U.S. Attorney Kevin C. Khasigian, and Kresta Daly, Attorney for Defendant, Derian Eidson, and Thomas A. Johnson, Attorney for Defendant, Steven Zinnel, and Kirk Giberson, attorney for petitioner Susan K. Smith, and Donald Heller, attorney for Petitioner Tom Wilbert,[1] hereby agree and stipulate to continue the status conference schedule for December 12, 2013 at 9:30 a.m. to December 19, 2013 at 9:30 a.m. before the Honorable Troy L. Nunley.

The parties are requesting the continuance to allow counsel for Defendant Derian Eidson to confer with her client regarding issues of privilege that could arise during the ancillary proceeding, for which a discovery order was entered by this Court on November 21,

---

[1] CitiBank has filed a petition regarding its lien against real property ordered forfeited from Defendant Zinnel. That petition is unopposed; nonetheless, Government counsel has informed Bank counsel of the one-week continuance.

Stipulation and Order to Continue Forfeiture Trial
1

2013.  Defendant Eidson has since been moved from Sacramento County Jail to Nevada County Jail, complicating any discussion between Eidson and her counsel given her counsel's trial schedule in Sacramento County.  The one-week continuance will allow Eidson's counsel to complete her trial in Sacramento County and travel to Nevada County Jail to discuss the privilege issues connected to the ancillary proceeding.

Dated:  December 10, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant United States Attorneys

DATED:  December 10, 2013

/s/ Tom A. Johnson
TOM A. JOHNSON
Attorney for Defendant Steven Zinnel

DATED:  December 10, 2013

/s/ Kresta Daly
KRESTA DALY
Attorney for Defendant Derian Eidson

DATED:  December 10, 2013

/s/ Donald H. Heller
DONALD H. HELLER
Attorney for Petitioner Tom Wilbert

DATED:  December 10, 2013

/s/ Kirk Giberson
KIRK EDWARED GIBERSON
Attorney for Petitioner Susan K. Smith

**ORDER**

IT IS SO ORDERED.

Dated: December 11, 2013

_____
Troy L. Nunley
United States District Judge

Stipulation and Order to Continue Forfeiture Trial

2