# Memorandum

United States Attorney's Office
Eastern District of California



| Subject: | *United States v. Zinnel & Eidson* 2:11-cr-234 TLN | Date: | September 12, 2018 |
|---|---|---|---|
| To: | **Michele Krueger,** **Clerk to Hon. Troy L. Nunley** | From: | **Matthew D. Segal** **U.S. Attorney's Office** **Eastern District of California** **501 I Street, Ste 10-100** **Sacramento, California 95814** **Telephone: (916) 554-2700** **Fax: (916) 554-2900** |

Dear Ms. Krueger,

The Government requests that the Court set both defendants in this matter for a status at 9:30 a.m. on October 4, 2018.

Defendant Eidson is currently in the District, but Defendant Zinnel is not.

Thank you very much.

Respectfully,

Matthew Segal, AUSA

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on September 12, 2018, she served a copy of the United States' Memorandum, by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee:

Steven Zinnel
#66138-097
Federal Correctional Institution
Terminal Island
P.O. Box 3007
San Pedro, CA 90733-3007

Dated:  September 12, 2018

MCGREGOR W. SCOTT
United States Attorney

By: /s/ Samantha Kenney
SAMANTHA KENNEY
Legal Assistant