UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ZINNEL,<br><br>Defendant. | No. 2:11-cr-00234-TLN<br><br><br><br>**ORDER** |

The Court has reviewed Defendant's Motion for Judicial Determination of Amount Due and related briefing thereto. (ECF No. 705.) The Court DENIES Defendant's motion as it is duplicative of a motion Defendant filed in his related garnishment action that the Court already resolved and Defendant appealed. (*See* 2:21-mc-00098-TLN-AC.)

The Court has also reviewed Defendant's *Ex Parte* Application to Use the Court's Electronic Filing System. (ECF No. at 706.) Under the Court's Local Rules, any person appearing *pro se* may not use electronic filing except with permission of the assigned Judge or Magistrate Judge. E.D. Cal. L.R. 133(b)(2). Defendant has not persuaded the Court that there is good cause to allow him to use the Court's electronic filing system. The Court also notes that an identical request was denied in the related garnishment action. Accordingly, the Court DENIES Defendant's *ex parte* application.

///

1

1     IT IS SO ORDERED.

2 **DATED: September 8, 2022**

                                          Troy L. Nunley
                                          United States District Judge