PHILLIP A. TALBERT
United States Attorney
AUDREY HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>STEVEN ZINNEL,<br><br>              Defendant. | CASE NO. 2:11-CR-00234-TLN<br><br>DESIGNATION OF COUNSEL |
|---|---|

The United States requests, with regard to the above-referenced case, please remove former Assistant U.S. Attorney Matthew Segal as lead counsel of record for plaintiff and from the service list of actions.

Dated: December 4, 2023

PHILLIP A. TALBERT
United States Attorney

By:  */s/ Audrey Hemesath*
AUDREY HEMESATH
Assistant United States Attorney